## Mississippi Electronic Courts
## Second Circuit Court District of Mississippi (Hancock Circuit Court)
## CIVIL DOCKET FOR CASE #: 23CI1:25-cv-00150

MILLER et al v. 1506 NORTH BEACH LLC et al
Assigned to: Randi P. Mueller

**Upcoming Settings:**

None Found

Date Filed: 10/21/2025
Current Days Pending: 106
Total Case Age: 106
Jury Demand: None
Nature of Suit: Premises Liability (187)

---

**Plaintiff**

**DIANA MILLER**                                    represented by **Matthew Devereaux**
                                                       Hodgins Devereaux
                                                       500 Water Street
                                                       MADISONVILLE, LA 70447
                                                       985-273-5050
                                                       Fax: 504-571-9112
                                                       Email: matthew@bhd.law
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**AARON MILLER**                                    represented by **Matthew Devereaux**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DIANA MILLER AND AARON
MILLER INDIVIDUALLY AND AS
WRONGFUL DEATH BENEFICIARIES
OF JEFFERY MILLER DECEASED**

represented by **DIANA MILLER AND AARON
MILLER INDIVIDUALLY AND AS
WRONGFUL DEATH BENEFICIARIES
OF JEFFERY MILLER DECEASED**
PRO SE

V.

**Defendant**

**1506 NORTH BEACH LLC**

**Defendant**

**HOMEAWAY.COM INC.**
*doing business as*
VRBO

**Defendant**

**EXPEDIA INC.**

---

| Date Filed | # | Docket Text |
|---|---|---|


EXHIBIT
A

| 10/21/2025 | 1 | Civil Cover Sheet. (Shiyou, Jason) (Entered: 10/21/2025) |
| 10/21/2025 | 2 | COMPLAINT. (Shiyou, Jason) (Entered: 10/21/2025) |
| 10/21/2025 | 3 | SUMMONS Issued to ATTORNEY FOR PROCESS ON EXPEDIA INC.. (Shiyou, Jason) (Entered: 10/21/2025) |
| 10/21/2025 | 4 | SUMMONS Issued to ATTORNEY FOR PROCESS ON HOMEAWAY.COM INC.. (Shiyou, Jason) (Entered: 10/21/2025) |
| 10/21/2025 | 5 | SUMMONS Issued to ATTORNEY FOR PROCESS ON 1506 NORTH BEACH LLC. (Shiyou, Jason) (Entered: 10/21/2025) |

| MEC Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 02/04/2026 09:06:57 | | | |
| You will be charged $0.20 per page to view or print documents. | | | |
| MEC Login: | ld106872M | Client Code: | 4149.002 |
| Description: | Docket Report | Search Criteria: | 23CI1:25-cv-00150 |
| Billable Pages: | 2 | Cost: | 0.40 |

**COVER SHEET**
Case: 23C11:25-cv-00150    Document # 1    Filed: 10/21/2025    Page 1 of 1

**Civil Case Filing Form**

*(To be completed by Attorney/Party Prior to Filing of Pleading)*

| | |
|---|---|
| Court Identification Docket # | |

Docket Number: 0 0 7 1 5 0

County # 2 3 | Judicial District 1 | Court ID C I

Case Year 2 0 2 5

**Local Docket ID**

Month 1 0 | Date 2 1 | Year 2 5

Mississippi Supreme Court — Form AOC/01 (Rev 2020)
Administrative Office of Courts

This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the CIRCUIT ▼ Court of HANCOCK ▼ County — | Judicial District

**Origin of Suit (Place an "X" in one box only)**
[X] Initial Filing [ ] Reinstated [ ] Foreign Judgment Enrolled [ ] Transfer from Other court [ ] Other
[ ] Remanded [ ] Reopened [ ] Joining Suit/Action [ ] Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

**Individual** Miller (Last Name) | Diana (First Name) | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

[X] Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of As Wrongful Death Beneficiary

___ Check ( x ) if Individual Planitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency

**Business**

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Planitiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

**Address of Plaintiff** Colorado

**Attorney (Name & Address)** Matthew L. Devereaux, 500 Water Street, Madisonville, LA 70447 | MS Bar No. 101833

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing:

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

**Individual** (Last Name) | (First Name) | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

**Business** 1506 North Beach, LLC (Texas)

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A

**Attorney (Name & Address) - if Known** | MS Bar No.

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors – Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Minor Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other | **Torts** |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other | [ ] Guardianship | [ ] Installment Contract | [ ] Intentional Tort |
| **Appeals** | [ ] Joint Conservatorship & Guardianship | [ ] Insurance | [ ] Loss of Consortium |
| [ ] Administrative Agency | [ ] Heirship | [ ] Specific Performance | [ ] Malpractice - Legal |
| [ ] County Court | [ ] Intestate Estate | [ ] Other | [ ] Malpractice - Medical |
| [ ] Hardship Petition (Driver License) | [ ] Minor's Settlement | **Statutes/Rules** | [ ] Mass Tort |
| [ ] Justice Court | [ ] Muniment of Title | [ ] Bond Validation | [ ] Negligence - General |
| [ ] MS Dept Employment Security | [ ] Name Change | [ ] Civil Forfeiture | [ ] Negligence - Motor Vehicle |
| [ ] Municipal Court | [ ] Testate Estate | [ ] Declaratory Judgment | [X] Premises Liability |
| [ ] Other | [ ] Will Contest | [ ] Injunction or Restraining Order | [ ] Product Liability |
| | [ ] Alcohol/Drug Commitment (Involuntary) | [ ] Other | [ ] Subrogation |
| | | | [ ] Wrongful Death |
| | | | [ ] Other |

[ ] Alcohol/Drug Commitment (Voluntary)
[ ] Other

**IN THE** <u>CIRCUIT</u>  ☑**COURT OF** <u>HANCOCK</u>  ☑**COUNTY, MISSISSIPPI**

_____ **JUDICIAL DISTRICT, CITY OF** _____

Docket No._____ - _____  _____    Docket No. If Filed
　　　　　　File Yr　　　Chronological No.　　　Clerk's Local ID　　Prior to 1/1/94 _____

### PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
### IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Plaintiff #2:**

**Individual:** <u>Miller</u>　　　　　<u>Aaron</u>　　　　( _____ ) _____ _____
　　　　　　　　Last Name　　　　　First Name　　　Maiden Name, if Applicable　Middle Init.　Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　　Estate of <u>As Wrongful Death Beneficiary</u> _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　　D/B/A _____

**Business** _____
　　　　　Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

　　D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: <u>Devereaux</u> _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual:** _____ _____ ( _____ ) _____ _____
　　　　　　　　Last Name　　　　　First Name　　　Maiden Name, if Applicable　Middle Init.　Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　　Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　　D/B/A _____

**Business** _____
　　　　　Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

　　D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual:** _____ _____ ( _____ ) _____ _____
　　　　　　　　Last Name　　　　　First Name　　　Maiden Name, if Applicable　Middle Init.　Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　　Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　　D/B/A _____

**Business** _____
　　　　　Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

　　D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

# IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____    _____    Docket No. If Filed
    File Yr     Chronological No.     Clerk's Local ID     Prior to 1/1/94_____

## DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

Individual: _____ _____ ( _____ ) _____ _____
    Last Name     First Name     Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

__Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

__Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** HomeAway.com, Inc.
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

__Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____ _____ ( _____ ) _____ _____
    Last Name     First Name     Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

__Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

__Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** Expedia, Inc.
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

__Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _____ _____ ( _____ ) _____ _____
    Last Name     First Name     Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

__Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

__Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

__Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI**

FILED

DIANA MILLER and AARON MILLER,
INDIVIDUALLY AND AS WRONGFUL
DEATH BENEFICIARIES OF
JEFFERY MILLER, DECEASED              **PLAINTIFFS**

OCT 2 1 2025

KENDRA NECAISE
CIRCUIT CLERK, HANCOCK CO.
BY_____ D.C.

**VERSUS**            CIVIL ACTION NO.: A2301-25-0150

1506 NORTH BEACH LLC, HOMEAWAY.COM,
INC. and EXPEDIA, INC. d/b/a VRBO HOLDINGS, INC.      **DEFENDANTS**

---

## COMPLAINT
### (Jury Trial Requested)

---

**COME NOW** Diana Miller and Aaron Miller, Individually and as Wrongful Death Beneficiaries of Jeffery Miller, Deceased, who file this Complaint against 1506 North Beach, LLC, Homeaway.com, Inc. and Expedia, Inc. d/b/a VRBO Holdings, Inc. as follows:

### PARTIES

1.    Plaintiff, Diana Miller ("Diana"), is an adult resident citizen of Colorado.

2.    Plaintiff, Aaron Miller ("Aaron"), is an adult resident citizen of Tennessee.

3.    Defendant, 1506 North Beach, LLC ("North Beach"), is a foreign limited liability company conducting business and owning property in Mississippi and may be served with process by delivering a copy of the Complaint and Summons to its Registered Agent James M. Montalbano 31 Sky Terrace Place, Spring, TX 77381.

4.    Defendant, HomeAway.com, Inc. ("HomeAway") is a foreign corporation, incorporated in Delaware, licensed to and doing business in the State of Mississippi. Upon information and belief, HomeAway was the entity that managed the Bay Front Favorite rental, located at 1506 North Beach Blvd, Bay St. Louis, MS 39520, Hancock

County, Mississippi, the location where Mr. Miller was staying at the time that he fell. HomeAway maybe be served with process by delivering a copy of the Complaint and Summons to its Registered Agent, National Registered Agents Inc., 645 Lakeland East Drive, Suite 101, Flowood, MS 39292.

5.    Defendant, Expedia, Inc. (hereinafter "Expedia") is a foreign corporation, incorporated in Washington, licensed to and doing business in the State of Mississippi. Upon information and belief, Expedia was the entity that managed the Bay Front Favorite rental, located at 1506 North Beach Blvd, Bay St. Louis, MS 39520, Hancock County, Mississippi, the location where Mr. Miller was staying at the time that he fell. Expedia maybe be served with process by delivering a copy of the Complaint and Summons to its Registered Agent, National Registered Agents Inc., 645 Lakeland East Drive, Suite 101, Flowood, MS 39292.

## JURISDICTION AND VENUE

6.    This Court has personal jurisdiction over the defendant and has jurisdiction over the matters set forth herein pursuant to *Miss. Code Ann.* § 9-7-81 and pursuant to Mississippi law.

7.    This Court has venue over the matters set forth herein pursuant to *Miss. Code Ann.* § 11-11-3 and pursuant to Mississippi law, in that the accident in question occurred in Hancock County, Mississippi.

## BACKGROUND FACTS

8.    On April 15, 2023, Jeffery Miller was a guest at the Bay Front Favorite, a VRBO rental, owned by Defendant 1506 North Beach LLC and located at 1506 North Beach Blvd in Bay St. Louis. He was there with his family to spend time and relax.

2

9.    Bay Front Favorite is a raised home located on North Beach Boulevard and faces the Bay of St. Louis. There is a staircase which takes you to the raised floor and residential living space of the home.

10.    On the morning of April 15, 2023, Jeffery Miller exited the inside living space of the subject property and proceeded to walk down the stairs when he suddenly slipped / tripped on said stairs and fell down the staircase suffering serious injuries and damages.

11.    Mr. Miller fell approximately eight feet per EMS, striking his head, and was knocked unconscious. Additionally, he suffered from a right distal clavicle fracture, right lateral rib fractures 6 through 8, right side pneumothorax, fractured temporal bone, fracture of right zygomatic arch and right temporal bone, and extensive cranial hemorrhaging.

12.    EMS arrived and Mr. Miller was rushed to the emergency room, where he never regained consciousness. His injuries were severe, and his treatment, pain and suffering were tremendous resulting in a fatality.

## NEGLIGENCE

13.    Plaintiffs re-allege and restate the above allegations as if fully copied herein.

14.    North Beach, Homeaway and/or Expedia owed a duty to Miller to exercise reasonable care in keeping the premises of the subject rental property, including the exterior staircase area, reasonably safe and to warn Miller of dangerous conditions that were not readily apparent and which North Beach, Homeaway and/or Expedia knew or should have known about.

3

15.     North Beach, Homeaway and/or Expedia breached this duty to Miller when it failed to maintain and/or construct the exterior staircase area and failed to warn guests, such as Miller, of dangerous conditions on the stairs, such as treads, risers and handrails which do not comply with local, state and/or federal laws and codes. This created an unreasonably dangerous condition / hazard on the premises of the rental property which North Beach, Homeaway and/or Expedia had actual knowledge of and failed to warn Miller and others of. Alternatively, this unreasonably dangerous condition / hazard existed for a sufficient length of time such that North Beach, Homeaway and/or Expedia n had constructive knowledge of same.

16.     North Beach, Homeaway and/or Expedia's breach of this duty proximately caused Miller to fall down the subject staircase and causing significant injuries to his body, which will be shown at trial.

17.     As a result of this fall, Miller suffered significant, permanent and ultimately fatal damages as set forth herein.

### DAMAGES

18.     Plaintiffs re-allege and incorporate herein by reference the above and foregoing paragraphs 1 through 17.

17.     As a result of the above described negligence and breaches of North Beach, Homeaway and/or Expedia, Miller suffered the following damages:

     a.     Medical bills, expenses and costs, past, present and future;

     b.     Pain and suffering past, present and future;

     c.     Permanent physical impairment and disability;

4

d.   Mental anguish and emotional distress, and psychic trauma, past, present and future;

e.   Permanent scarring and disfigurement;

f.   Property damages;

g.   Death, and

h.   Other general damages.

**WHEREFORE, PREMISES CONSIDERED**, Diana Miller and Aaron Miller, Individually and as Wrongful Death Beneficiaries of Jeffery Miller, Deceased demand Judgment against 1506 North Beach, LLC, Homeaway.com, Inc. and Expedia, Inc. d/b/a VRBO Holdings, Inc. for compensatory damages, consequential damages, prejudgment interest, post-judgment interest, attorneys' fees, costs of court and any and all other relief appropriate under the circumstances.

Respectfully submitted, this the 10th day of October, 2025.

Diana Miller and Aaron Miller,
Individually and as Wrongful Death
Beneficiaries of Jeffery Miller, Deceased

By:   _____
Matthew L. Devereaux

Matthew L. Devereaux (#101833)
Hodgins Devereaux Injury Lawyers
500 Water Street
Madisonville, Louisiana 70447
t: (985) 273-5050
f: (504) 571-9112
matthew@bhd.law

5



**HODGINS DEVEREAUX**
INJURY LAWYERS

LOUISIANA OFFICE
500 WATER STREET, MADISONVILLE, LA 70447
P: 985.273.5050 | P: 504.571.9211 | F: 504.571.9112

MISSISSIPPI OFFICE
225 JOHN R. JUNKIN DRIVE, SUITE A, NATCHEZ, MS 39120
P: 985.273.5050 | P: 504.571.9211 | F: 504.571.9112

*Please send mail to Louisiana office*

October 15, 2025

Kendra Necaise
Circuit Clerk
Hancock County Circuit Court
152 Main Street, Suite B
Bay Saint Louis, MS 39520

FILED
OCT 2 1 2025
KENDRA NECAISE
CIRCUIT CLERK, HANCOCK CO.
BY_____ D.C.

Re:    *Miller, Diana, et al. v. 1506 North Beach, LLC, et al.*

Dear Sir or Madam:

Enclosed please find the original Civil Cover Sheet, Complaint and Summons in the above referenced matter. Please file the original into the record and issue the Summons accordingly.

Also, enclosed is our firm's check in the amount of $161.00 for filing fees.

Thank you for your cooperation in this matter.

Sincerely,

Matthew L. Devereaux

MLD/sdn
Enclosures

FILED
OCT 2 1 2025
KENDRA NECAISE
CIRCUIT CLERK, HANCOCK CO.
BY_____ D.C.

WWW.BHD.LAW

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

   MILLER VS 1506 NORTH BEACH LLC

Case # A2301-25-0150     Acct #        Paid By CHECK 010        Rct# 37588
------------------------------------------------------------------------------
                    CLERK'S FEES                        85.00
                    JURY TAX                             3.00
                    COURT REPORTERS FEE                 10.00
                    LAW LIBRARY                          2.50
                    COURT ADMINISTRATOR                  2.00
                    STATE CT ED FUND                     2.00
                    COURT CONSTITUENTS                    .50
                    ELECTRONIC COURT                    10.00
                    LEGAL ASSISTANCE                     5.00
                    JUDICIAL FUND-JUDGE RAISE           40.00
                    ARCHIVE FEE                          1.00



                                        ===========
                            Total   $     161.00
------------------------------------------------------------------------------



Payment received from HODGINS DEVEREAUX
                     500 WALTER STREET

                    MADISONVILLE    LA 70447

Transaction   63465 Received 10/21/2025 at 12: 3 Drawer   1 I.D. JASON

Current Balance Due        $0.00            Receipt Amount $    161.00

  By _____D.C.   KENDRA NECAISE, Circuit Clerk


Case # A2301-25-0150     Acct #        Paid By CHECK 010     Rct# 37588

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

DIANA MILLER and AARON MILLER,
INDIVIDUALLY AND AS WRONGFUL
DEATH BENEFICIARIES OF
JEFFERY MILLER, DECEASED                                    **PLAINTIFFS**

**VERSUS**                          CIVIL ACTION NO.: *A2301-25-0150*

1506 NORTH BEACH LLC, HOMEAWAY.COM,
INC. and EXPEDIA, INC. d/b/a VRBO HOLDINGS, INC.            **DEFENDANTS**

---

### SUMMONS

---

TO:   Expedia, Inc.
      National Registered Agents Inc.
      645 Lakeland East Drive, Suite 101
      Flowood, MS 39292

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the
attached pleadings to Matthew L. Devereaux, the attorney for the Plaintiff, whose
address is 500 Water Street, Madisonville, Louisiana 70447.

Your response to the Complaint must be mailed or delivered within thirty (30)
days from the date of delivery of this Summons and Complaint or a Judgment by
Default will be entered against you for the money or other things demanded in the
Complaint. You must also file the original of your response with the Clerk of this Court
within a reasonable time afterward.

Issued under my hand and seal of said Court, this the 21 day of October, 2025.

                          Kendra Necaise, Clerk
                          Hancock County Circuit Court (Seal)

            By: _____
                          Deputy Clerk
                          152 Main Street, Suite B
                          Bay Saint Louis, MS 39520

## PROOF OF SERVICE - SUMMONS

Name of Person or Entity Served:          Expedia, Inc.
                                          National Registered Agents Inc.
                                          645 Lakeland East Drive, Suite 101
                                          Flowood, MS 39292

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set for below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used:

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender. (*Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B*).

_____     PERSONAL    SERVICE,    I    personally    delivered    copies    to _____ on the _____ day of _____, 2025, where I found said person(s) in _____ county of the State of _____.

_____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver    copies    to    said    person    within    _____    county,    State    of _____. I served the summons and complaint on the _____ day of _____, 2025, at the usual place of abode of said person by leaving a true copy of   the   summons   and   complaint   with   _____   who   is   the _____(here insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2025, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (*Attach signed return receipt or the return envelope marked "Refused".*)

At the time of service I was at least 18 years of age and not a party to this action.
Fee for this service: $_____
Process Service must list below:
Name:_____
Social Security No._____
Address:_____
Telephone No.:_____

STATE OF MISSISSIPPI

COUNTY OF _____

PERSONALLY appeared before me the undersigned authority, in and for the state and county aforesaid, the within named _____, who, being first by me duly sworn states on oath that the matters and facts set forth in the foregoing Proof of Service-Summons are true and correct as therein stated.

_____

Process Server

SWORN TO AND SUBSCRIBED BEFORE ME on this the ____ day of _____, 2025.

_____

Notary Public

My Commission Expires:

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

DIANA MILLER and AARON MILLER,
INDIVIDUALLY AND AS WRONGFUL
DEATH BENEFICIARIES OF
JEFFERY MILLER, DECEASED                                    **PLAINTIFFS**

**VERSUS**                              CIVIL ACTION NO.: A2301-25 - 0150

1506 NORTH BEACH LLC, HOMEAWAY.COM,
INC. and EXPEDIA, INC. d/b/a VRBO HOLDINGS, INC.           **DEFENDANTS**

---

### SUMMONS

---

TO:   HomeAway.com, Inc.
      National Registered Agents Inc.
      645 Lakeland East Drive, Suite 101
      Flowood, MS 39292

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the
attached pleadings to Matthew L. Devereaux, the attorney for the Plaintiff, whose
address is 500 Water Street, Madisonville, Louisiana 70447.

Your response to the Complaint must be mailed or delivered within thirty (30)
days from the date of delivery of this Summons and Complaint or a Judgment by
Default will be entered against you for the money or other things demanded in the
Complaint. You must also file the original of your response with the Clerk of this Court
within a reasonable time afterward.

Issued under my hand and seal of said Court, this the 21 day of October, 2025.

Kendra Necaise, Clerk
Hancock County Circuit Court (Seal)

By: _____
Deputy Clerk
152 Main Street, Suite B
Bay Saint Louis, MS 39520

## PROOF OF SERVICE - SUMMONS

Name of Person or Entity Served:        HomeAway.com, Inc.
                                        National Registered Agents Inc.
                                        645 Lakeland East Drive, Suite 101
                                        Flowood, MS 39292

     I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set for below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used:

\_\_\_\_\_ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender. (*Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B*).

\_\_\_\_\_     PERSONAL SERVICE, I personally delivered copies to _____on the _____ day of _____, 2025, where I found said person(s) in _____county of the State of _____.

\_\_\_\_\_ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, State of _____. I served the summons and complaint on the _____ day of _____, 2025, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____(here insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2025, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (*Attach signed return receipt or the return envelope marked "Refused".*)

At the time of service I was at least 18 years of age and not a party to this action.
Fee for this service: \$_____
Process Service must list below:
Name:_____
Social Security No._____
Address:_____
Telephone No.:_____

STATE OF MISSISSIPPI

COUNTY OF _____

PERSONALLY appeared before me the undersigned authority, in and for the state and county aforesaid, the within named _____, who, being first by me duly sworn states on oath that the matters and facts set forth in the foregoing Proof of Service-Summons are true and correct as therein stated.


_____

Process Server

SWORN TO AND SUBSCRIBED BEFORE ME on this the _____ day of _____, 2025.


                                        _____

                                        Notary Public

My Commission Expires:

3

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

**DIANA MILLER and AARON MILLER,**
**INDIVIDUALLY AND AS WRONGFUL**
**DEATH BENEFICIARIES OF**
**JEFFERY MILLER, DECEASED**                                          **PLAINTIFFS**

**VERSUS**                                   CIVIL ACTION NO.: _A2301-25-0100_

**1506 NORTH BEACH LLC, HOMEAWAY.COM,**
**INC. and EXPEDIA, INC. d/b/a VRBO HOLDINGS, INC.**            **DEFENDANTS**

---

### SUMMONS

---

TO:    1506 North Beach, LLC
       Registered Agent James M. Montalbano
       31 Sky Terrace Place
       Spring, TX 77381

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the
attached pleadings to Matthew L. Devereaux, the attorney for the Plaintiff, whose
address is 500 Water Street, Madisonville, Louisiana 70447.

Your response to the Complaint must be mailed or delivered within thirty (30)
days from the date of delivery of this Summons and Complaint or a Judgment by
Default will be entered against you for the money or other things demanded in the
Complaint. You must also file the original of your response with the Clerk of this Court
within a reasonable time afterward.

Issued under my hand and seal of said Court, this the _21_ day of October, 2025.

                              Kendra Necaise, Clerk
                              Hancock County Circuit Court (Seal)

                    By: _____
                              Deputy Clerk
                              152 Main Street, Suite B
                              Bay Saint Louis, MS 39520

## PROOF OF SERVICE - SUMMONS

Name of Person or Entity Served:    1506 North Beach, LLC
Registered Agent James M. Montalbano
31 Sky Terrace Place
Spring, TX 77381

    I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set for below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used:

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender. (*Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B*).

_____     PERSONAL    SERVICE,    I    personally    delivered    copies    to _____ on the _____ day of _____, 2025, where I found said person(s) in _____ county of the State of _____.

_____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, State of _____. I served the summons and complaint on the _____ day of _____, 2025, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2025, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (*Attach signed return receipt or the return envelope marked "Refused".*)

At the time of service I was at least 18 years of age and not a party to this action.
Fee for this service: $_____
Process Service must list below:
Name:_____
Social Security No._____
Address:_____
Telephone No.:_____

STATE OF MISSISSIPPI

COUNTY OF _____

PERSONALLY appeared before me the undersigned authority, in and for the state and county aforesaid, the within named _____, who, being first by me duly sworn states on oath that the matters and facts set forth in the foregoing Proof of Service-Summons are true and correct as therein stated.


_____

Process Server

SWORN TO AND SUBSCRIBED BEFORE ME on this the ____ day of _____, 2025.


                                        _____

                                        Notary Public

My Commission Expires:

3